**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2758

**FILED**

APR 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. 2 12 - CR - 1 4 7  GEB
                                )
              Plaintiff,        )   ORDER TO SEAL
       v.                       )   (UNDER SEAL)
                                )
JESSE AARON MENO,               )
                                )
              Defendant.        )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michelle A. Prince to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: April 12, 2012

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1