```
                                                    FILED
                                                 April 19, 2012
       UNITED STATES DISTRICT COURT FOR THE     CLERK, US DISTRICT COURT
                                                 EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                     DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                               )    Case No. 2:12CR00147-GEB
          Plaintiff,    )
v.                                   )    ORDER FOR RELEASE OF
                                             )    PERSON IN CUSTODY
JESSE AARON MENO,            )
                                           )
          Defendant.    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESSE AARON MENO__ , Case No. __2:12CR00147-GEB__ , Charge __18USC § 2252(a)(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of $_____

              __  __    Unsecured Appearance Bond

              __  __    Appearance Bond with 10% Deposit

              __  __    Appearance Bond with Surety

              __  __    Corporate Surety Bail Bond

    __✔__    (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 19, 2012__ at __2:00 pm__ .

                                          By    /s/ Gregory G. Hollows
                                                        Gregory G. Hollows
                                                        United States Magistrate Judge

Copy 5 - Court