DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 12-00147-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS |
| | ) | OF RELEASE; ORDER |
| v. | ) | |
| | ) | JUDGE: Hon. Gregory G. Hollows |
| JESSE AARON MENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle

Prince, Assistant United States Attorney, attorney for Plaintiff, and

Benjamin D. Galloway, Assistant Federal Defender, attorney for

defendant, JESSE AARON MENO, that the conditions of Mr. Meno's release

imposed on April 19, 2012, be modified to include the following special

condition:

   20.  You shall not gamble or enter any gambling establishment for

        any reason.

///

///

///

1      This proposed modification is being requested by Pretrial Services

2 Officer Beth Baker.  Mr. Meno and the government have no opposition to

3 this request.

4

5 DATED: June 22, 2012          Respectfully submitted,

6                               DANIEL J. BRODERICK
                                Federal Defender
7
                                /S/ Benjamin Galloway
8                               BENJAMIN GALLOWAY
                                Assistant Federal Defender
9                               Attorney for Defendant
                                JESSE AARON MENO
10

11

12 DATED: June 22, 2012          BENJAMIN B. WAGNER
                                United States Attorney
13
                                /s/ Benjamin Galloway for
14                              MICHELLE PRINCE
                                Assistant U.S. Attorney
15                              Attorney for Plaintiff

16

17                            **O R D E R**

18

19    The foregoing stipulation of counsel is accepted.  Mr. Meno shall

20 not gamble or enter any gambling establishment for any reason. All

21 other conditions are to remain in effect.

    IT IS SO ORDERED.
22
Dated:_ June 25, 2012_
23
                                   _/s/ Gregory G. Hollows_
24                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

**2**