DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-00147-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE; |
| ) | EXCLUDE TIME |
| JESSE AARON MENO, ) | |
| ) | |
| Defendant. ) | Date:  December 7, 2012 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 16, 2012, be continued to Friday, December 7, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

1  the defendant in a speedy trial.
2      Speedy trial time is to be excluded from the date of this order
3  through the date of the status conference set for December 7, 2012,
4  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
5  (Local Code T4).
6  DATED: November 13, 2012            Respectfully submitted,
7                                      DANIEL J. BRODERICK
                                       Federal Defender
8
9                                      /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11                                     JESSE AARON MENO
12
13 DATED: November 13, 2012            BENJAMIN B. WAGNER
                                       United States Attorney
14
15                                     /s/ Benjamin Galloway for
                                       MICHELLE PRINCE
16                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
17
18                              **O R D E R**
19      The Court, having received, read, and considered the stipulation
20 of the parties, and good cause appearing therefrom, adopts the
21 stipulation of the parties in its entirety as its order. The Court
22 specifically finds that the failure to grant a continuance in this case
23 would deny counsel reasonable time necessary for effective preparation,
24 taking into account the exercise of due diligence.  The Court finds
25 that the ends of justice to be served by granting the requested
26 continuance outweigh the best interests of the public and defendant in
27 a speedy trial.
28      The Court orders that the time from the date of the parties

1  stipulation, November 13, 2012, up to and including December 7, 2012,
2  shall be excluded from computation of time within which the trial of
3  this case must be commenced under the Speedy Trial Act, pursuant to 18
4  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
5       It is further ordered that the November 16, 2012 status conference
6  shall be continued until December 7, 2012 at 9:00 a.m.
7  Dated:  November 14, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge