DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JESSE AARON MENO,  )<br>  )<br>            Defendant.  )<br>_____  ) | No. CR-S-12-00147-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; EXCLUDE TIME<br><br>Date:   January 25, 2013<br>Time:   9:00 a.m.<br>Judge:  Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 7, 2012, be continued to Friday, January 25, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

1     The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4     Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for January 25, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).
8 DATED: December 3, 2012            Respectfully submitted,
9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
11                                   /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   JESSE AARON MENO
14
15 DATED: December 3, 2012            BENJAMIN B. WAGNER
                                     United States Attorney
16
17                                   /s/ Benjamin Galloway for
                                     MICHELLE PRINCE
18                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
19
20
21                              **O R D E R**
22     The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

1  continuance outweigh the best interests of the public and defendant in
2  a speedy trial.
3     The Court orders that the time from the date of the parties
4  stipulation, December 7, 2012, up to and including January 25, 2013,
5  shall be excluded from computation of time within which the trial of
6  this case must be commenced under the Speedy Trial Act, pursuant to 18
7  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
8     It is further ordered that the December 7, 2012 status conference
9  shall be continued until January 25, 2013 at 9:00 a.m.
10 Dated:   December 3, 2012

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   Senior United States District Judge

Stipulation/Order                  -3-