JOSEPH SCHLESINGER, Bar #97692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>JESSE AARON MENO,           )<br>                            )<br>            Defendant.      )<br>_____ ) | No. 2:12-cr-00147 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE STATUS CONFERENCE;<br>EXCLUDE TIME<br><br>Date:  February 15, 2013<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Friday, January 25, 2013, be continued to Friday, February 15, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

1    The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4    Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for February 15, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

8 DATED: January 23, 2013              Respectfully submitted,

9                                      JOSEPH SCHLESINGER
                                       Acting Federal Defender
10

11                                     /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13                                     JESSE AARON MENO

14

15 DATED: January 23, 2013              BENJAMIN B. WAGNER
                                       United States Attorney
16

17                                     /s/ Benjamin Galloway for
                                       MICHELLE PRINCE
18                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
19

20

21                                **O R D E R**

22    The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

1 continuance outweigh the best interests of the public and defendant in
2 a speedy trial.
3     The Court orders that the time from the date of the parties
4 stipulation, up to and including February 15, 2013, shall be excluded
5 from computation of time within which the trial of this case must be
6 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
7 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
8 further ordered that the January 25, 2013 status conference shall be
9 continued until February 15, 2013 at 9:00 a.m.
10 Dated:  January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                    -3-