```
 1  JOSEPH SCHLESINGER, Bar #97692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESSE AARON MENO

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. 2:12-cr-00147 GEB
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER TO CONTINUE
14       v.                        ) STATUS CONFERENCE AND EXCLUDE
                                   ) TIME
15  JESSE AARON MENO,              )
                                   )
16              Defendant.         ) Date:  April 26, 2013
                                   ) Time:  9:00 a.m.
17  _____) Judge: Garland E. Burrell, Jr.

18

19       It is hereby stipulated and agreed to between the United States of

20  America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant,

21  JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY,

22  Assistant Federal Defender, that the status conference set on Friday,

23  March 22, 2013, be continued to Friday, April 26, 2013 at 9:00 a.m.

24       The reason for this continuance is to allow defense counsel

25  further time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  / / /

28  / / /
```

1    The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4    Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for April 26, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

8 DATED: March 18, 2013            Respectfully submitted,

9                                  JOSEPH SCHLESINGER
                                   Acting Federal Defender
10

11                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
12                                 Assistant Federal Defender
                                   Attorney for Defendant
13                                 JESSE AARON MENO

14

15 DATED: March 18, 2013           BENJAMIN B. WAGNER
                                   United States Attorney
16

17                                 /s/ Benjamin Galloway for
                                   MATTHEW MORRIS
18                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
19

20

21                               **O R D E R**

22    The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

Stipulation/Order            -2-

1  continuance outweigh the best interests of the public and defendant in
2  a speedy trial.
3      The Court orders that the time from the date of the parties
4  stipulation, up to and including April 26, 2013, shall be excluded from
5  computation of time within which the trial of this case must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
8  further ordered that the March 22, 2013 status conference shall be
9  continued until April 26, 2013 at 9:00 a.m.

Dated:   March 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation/Order                    -3-