JOSEPH SCHLESINGER, Bar #97692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00147 GEB |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER FOR RELEASE OF |
| v. | ) FAMILY COURT FILES RE DEFENDANT |
| JESSE AARON MENO, | ) |
| Defendant. | ) |
| _____ | ) |

On March 4, 2013 a representative of the Federal Defender's Office contacted the Sacramento County Superior Court Clerk's Office to request certified copies of the complete court files and docket sheets for Sacramento County case numbers 94FL18097 and 99FS06324.

It is believed that these family court records relate to defendant Jesse Aaron Meno. The defense investigation in this case has focused on mitigation at sentencing, and specifically on Mr. Meno's social history. The defense has reason to believe the requested records contain information relevant to mitigation at sentencing.

Although the documents sought pertain to Mr. Meno and his family, the Sacramento County Superior Court Clerk's Office informed the

Federal Defender's Office that a court order is required to release copies of the two files to the Federal Defender's Office.

Mr. Meno, through undersigned counsel, hereby requests that this Court order the Sacramento County Superior Court Clerk's Office to provide certified copies of the complete court files and docket sheets for Sacramento County Family Court case numbers 94FL18097 and 99FS06324. A proposed order follows for the Court's convenience.

DATED: March 20, 2013                    Respectfully submitted,

                                         JOSEPH SCHLESINGER
                                         Acting Federal Defender


                                         /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JESSE AARON MENO


**O R D E R**

The Sacramento County Superior Court Clerk's Office is to provide certified copies of the complete court files and docket sheets for Sacramento County case numbers 94FL18097 and 99FS06324 to the Federal Defenders Office, located at 801 I Street, 3rd Floor, Sacramento, CA 95814.

DATED: March 20, 2013.

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

dad1.crim
meno0147.ord.family.crt.files

Order                            -2-