```
JOSEPH SCHLESINGER, Bar #97692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00147 TLN |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE AND EXCLUDE |
|  | ) TIME |
| JESSE AARON MENO, | ) |
|  | ) |
| Defendant. | ) Date: June 20, 2013 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Friday, April 26, 2013, be continued to Thursday, June 20, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1  The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for June 20, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).
8 DATED: April 18, 2013                  Respectfully submitted,
9                                        JOSEPH SCHLESINGER
                                         Acting Federal Defender
10
11                                       /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13                                       JESSE AARON MENO
14
15 DATED: April 18, 2013                 BENJAMIN B. WAGNER
                                         United States Attorney
16
17                                       /s/ Benjamin Galloway for
                                         MATTHEW MORRIS
18                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
19
20
21                           **O R D E R**
22  The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

Stipulation/Order                  -2-

1  continuance outweigh the best interests of the public and defendant in
2  a speedy trial.
3       The Court orders that the time from the date of the parties
4  stipulation, up to and including June 20, 2013, shall be excluded from
5  computation of time within which the trial of this case must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
8  further ordered that the April 26, 2013 status conference shall be
9  continued until June 20, 2013 at 9:30 a.m.
10 DATED: April 23, 2013

_____
Troy L. Nunley
United States District Judge