HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> JESSE AARON MENO,                  )<br>                                    )<br>            Defendant.              )<br>                                    )<br> _____ )  | No. 2:12-cr-00147 TLN<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE AND EXCLUDE<br>TIME<br><br>Date:  August 1, 2013<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Friday, June 20, 2013, be continued to Thursday, August 1, 2013 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for August 1, 2013,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).
8  DATED: June 13, 2013                Respectfully submitted,
9                                      HEATHER E. WILLIAMS
                                       Federal Defender
10
11                                     /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13                                     JESSE AARON MENO
14
15 DATED: June 13, 2013                BENJAMIN B. WAGNER
                                       United States Attorney
16
17                                     /s/ Benjamin Galloway for
                                       MATTHEW MORRIS
18                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
19
20
21                           **O R D E R**
22   The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

1  continuance outweigh the best interests of the public and defendant in
2  a speedy trial.
3       The Court orders that the time from the date of the parties
4  stipulation, up to and including August 1, 2013, shall be excluded from
5  computation of time within which the trial of this case must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
7  3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
8  further ordered that the June 20, 2013 status conference shall be
9  continued until August 1, 2013 at 9:30 a.m.
10 DATED: June 13, 2013

_____
Troy L. Nunley
United States District Judge