UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE AARON MENO,<br><br>Defendant. | No. 2:12-cr-147-TLN<br><br>**ORDER** |

Defendant requests an order sealing Defendant's sentencing memorandum, dated August 14, 2014. For the reasons stated in the Joint Request to Seal, dated August 14, 2014, the Court GRANTS the request. Defendant's sentencing memorandum and the Joint Request to Seal shall be filed under seal.

Dated: August 20, 2014

_____
Troy L. Nunley
United States District Judge

1