BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSE AARON MENO,<br><br>  Defendant. | 2:12-CR-00147-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about January 9, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Jesse Aaron Meno forfeiting to the United States the following property:

    a.    HP Pavillion, A6530FPC, S/N 3CR8241RRC;
    b.    Western Digital hard drive, S/N WMASY1398173;
    c.    PNY 4GB thumb drive; and
    d.    IPOD, S/N 7J36Q6RY0R.

AND WHEREAS, beginning on February 3, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

1 interest in the forfeited property;

2  AND WHEREAS, the Court has been advised that no third party has filed a claim
3 to the subject property, and the time for any person or entity to file a claim has expired.

4  Accordingly, it is hereby ORDERED and ADJUDGED:

5  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of
6 America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
7 2253, to be disposed of according to law, including all right, title, and interest of Jesse
8 Aaron Meno.

9  2. All right, title, and interest in the above-listed property shall vest solely in
10 the name of the United States of America.

11  3. The U.S. Marshals Service shall maintain custody of and control over the
12 subject property until it is disposed of according to law.

13  SO ORDERED this 25th day of August, 2014.

_____
Troy L. Nunley
United States District Judge